**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,          :     No. 6 MM 2020
                                       :
             Respondent          :
                                       :
                                       :
             v.                  :
                                       :
                                       :
CLIFFORD BRANDON REPOTSKI,             :
                                       :
             Petitioner          :


## ORDER


**PER CURIAM**

    **AND NOW**, this 17th day of March, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.